**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 22−00975−dd                                     Chapter: 13

**In re:**
Gerald Kenneth Mixon Jr.
aka Gerald Mixon Jr., aka Gerald K Mixon Jr., aka Gerald
Mixon, aka Gerald K Mixon, aka Gerald Kenneth Mixon, aka
Ken Mixon

### ORDER DISMISSING CASE

This matter comes before the Court on a Petition to Dismiss the above−captioned Chapter 13 case. Following notice and an opportunity for a hearing or a hearing having been held:

The relief sought is granted and the case is hereby dismissed.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**02/23/2023**



Entered: 02/23/2023

_/s/ David R. Duncan_
David R. Duncan
US Bankruptcy Judge
District of South Carolina